UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DJENEBOU TAPSOBA,

                Plaintiff,

-against-

SUSAN RAUFER, In Her Official Capacity as Director of Newark Asylum Office, United States Citizenship and Immigration Services,

                Defendant.

23-CV-8639 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated:  October 12, 2023
         New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge